FILED: December 4, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-6254
(3:11-cr-00049-HEH-2)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

LARRY ANTONIO BURLEIGH

      Defendant - Appellant

_____

O R D E R
_____

The Court denies the petition for rehearing en banc.

A requested poll of the Court failed to produce a majority of judges in regular active service and not disqualified who voted in favor of rehearing en banc. Chief Judge Diaz, Judge Wilkinson, Judge Niemeyer, Judge Agee, Judge Harris, Judge Richardson, Judge Quattlebaum, Judge Rushing and Judge Heytens voted to deny rehearing en banc. Judge King, Judge Gregory, Judge Wynn, Judge Thacker, Judge

Benjamin, and Judge Berner voted to grant rehearing en banc.

Entered at the direction of Judge Quattlebaum.

For the Court

/s/ Nwamaka Anowi, Clerk